**People of the State of Illinois, Plaintiff-Appellee, v. Sylvester Webb, et al., Defendants-Appellants.**

**Gen. No. 50,476.** 

First District, Second Division.

July 21, 1967.

Gerald W. Getty, Public Defender of Cook County, of Chicago (John McGarry, Frederick F. Cohn and James J. Doherty, Assistant Public Defenders, of counsel), for appellants; John J. Stamos, State's Attorney of Cook County, of Chicago (Elmer C. Kissane and Edward J. Downs, Assistant State's Attorneys, of counsel), for appellee. Opinion by PRESIDING JUSTICE LYONS. **Not to be published in full.**